UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS GLENN,<br><br>    Plaintiff,<br> v.<br><br>AMERICO,<br><br>    Defendant. | CASE NO. 2:24-cv-00184-TL<br><br>ORDER GRANTING MOTION FOR SERVICE BY THE UNITED STATES MARSHAL |

  This matter is before the Court on Plaintiff's Motion for Service of Summons by the United States Marshal Service. Dkt. No. 17. Plaintiff is proceeding in this matter *in forma pauperis* and seeks assistance with service of the Summons and Complaint on Defendant. Federal Rule of Civil Procedure 4(c)(3) provides: "At the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. § 1915 or as a seaman under 28 U.S.C. § 1916." The rule authorizes

the Court to order service by the Marshal or by a person specially appointed by the court when requested and mandates it for plaintiffs proceeding *in forma pauperis* under 28 U.S.C. § 1915.

As Plaintiff was granted leave to proceed *in forma pauperis* (Dkt. No. 4), the Court hereby finds and ORDERS:

(1) Plaintiff's Motion for Service by the Court (Dkt. No. 17) is GRANTED.

(2) The Clerk shall send the following to Defendant by first class mail:

    (a) a copy of the Complaint (Dkt. No. 5);

    (b) a copy of this Order;

    (c) a copy of the appropriate Summons;

    (d) two copies of the Notice of Lawsuit and Request for Waiver of Service of Summons,

    (e) a Waiver of Service of Summons; and

    (f) a return envelope, postage prepaid, addressed to the Clerk's Office.

(3) Defendant shall have **thirty (30) days** from the date of this Order within which to return the enclosed Waiver of Service of Summons. Should Defendant timely return the signed waiver, they shall have **sixty (60) days** after the date designated on the notice of lawsuit to file and serve an answer to the complaint or a motion permitted under Rule 12 of the Federal Rules of Civil Procedure. Should Defendant fail to timely return the signed waiver, they will be served with a summons and complaint and may be required to pay the full costs of such service pursuant to Rule 4(d)(2).

Dated this 28th day of March 2024.

Tana Lin
United States District Judge