UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS GLENN,<br><br>　　　　　　Plaintiff,<br>　v.<br>AMERICO,<br><br>　　　　　　Defendant. | CASE NO. 2:24-cv-00184-TL<br><br>ORDER ON MOTION FOR EXTENSION |

This matter is before the Court on Plaintiff Travis Glenn's Motion for Extension of Deadline. Dkt. No. 62. Pursuant to the Court's Order Granting Defendant's Motion to Dismiss (Dkt. No. 59), Plaintiff's amended complaint is due to be filed by no later than January 10, 2025. Pursuant to Section III.A. of the Court's Standing Order for All Civil Cases, any opposition to Plaintiff's motion was due within two business days of the motion, i.e., by no later than January 8, 2025; as Defendant failed to file any such opposition, the Court will treat this motion as unopposed.

Plaintiff requests that the Court extend that deadline by six months in order to permit him time to obtain counsel, research and draft his amended complaint, and in order to recover from an automobile accident. Dkt. No. 62 at 1. Having reviewed the motion and the relevant record, the Court GRANTS IN PART the motion and hereby extends the deadline for Plaintiff to file an amended complaint by ninety (90) days. Should Plaintiff require additional time to prepare his amended complaint, he may file a request for another extension as needed, though he should refrain from using the emergency procedure if possible. The Court notes that this motion is Plaintiff's sixth emergency filing and warns Plaintiff that he should limit his use of the emergency procedure to motions that are truly exigent in nature.

Accordingly, the Court GRANTS IN PART Plaintiff's motion for extension of deadline. Plaintiff SHALL file his amended complaint **by no later than April 9, 2025**.

Dated this 10th day of January 2025.

Tana Lin
United States District Judge

ORDER ON MOTION FOR EXTENSION - 2